# WEBER GALLAGHER
## SIMPSON STAPLETON
### FIRES & NEWBY LLP

May 13, 2011

**VIA E-FILING**
United States District Court
District of New Jersey
Newark, New Jersey

Direct Dial: (215) 972-7938
Email: bcalistri@wglaw.com

RE:     Theresa G. Render v. Dollar Tree Stores, Inc.
           Docket No.: 2:10-cv-00287
           Our File No.: 0050218

Dear Sir/Madam:

Please be advised that Rosemarie Biviano is no longer an attorney at Weber Gallagher Simpson Stapleton Fires & Newby LLP. Therefore, kindly enter my appearance on behalf of defendant Dollar Tree in the above matter.

Should you have questions or concerns, please feel free to contact me.

Very truly yours,

Brian L. Calistri

BLC/kpap

cc:     Michael L. Deutsch, Esquire (via e-filing)

CHERRY HILL • DOVER • HARRISBURG • LONDON • NEWARK • NEW YORK • NORRISTOWN
PHILADELPHIA • PITTSBURGH • SCRANTON • WASHINGTON PA • WILMINGTON

2000 MARKET STREET • 13TH FLOOR • PHILADELPHIA, PA 19103
(215) 972-7900 • (215) 564-7699 (FAX) • WWW.WGLAW.COM